In re:  Case No. 21-00802-HWV

Robert Schnars  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4  User: AutoDocke  Page 1 of 3
Date Rcvd: May 07, 2021  Form ID: ntnew341  Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert Schnars, 1435 Tallman Hollow Road, Montoursville, PA 17754 |
| 5402636 | + | Absolute Resolutions I, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437-1118 |
| 5408641 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5402638 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5402639 | + | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 5402644 | + | Courtney Hunter c/o Grant M Kelley, Family Support Division, 11 S Water St, Liberty, MO 64068-2370 |
| 5402646 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5402651 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5402653 | + | Murphy, Butterfield, & Holland, P.C, 442 William Street, Williamsport, PA 17701-6118 |
| 5402656 | + | Northumberland Co Drs, 370 Market St, Sunbury, PA 17801-3404 |
| 5402657 | + | Penn Credit Corporatio, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 5402660 | + | Robertson, Anschutz, Schneid, PL, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 5402661 | + | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 5402662 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5405200 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 5407274 | + | USAA Federal Savings Bank, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5402663 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 5402666 | + | Woodlands Bank, 2450 E 3rd St, Williamsport, PA 17701-4082 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 18:43:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5405686 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 07 2021 18:44:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5402637 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 07 2021 18:43:40 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5402640 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2021 18:43:26 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5402641 | + | Email/Text: bankruptcy@cavps.com | May 07 2021 18:44:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 5402642 | + | Email/Text: bankruptcy@cavps.com | May 07 2021 18:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5402643 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2021 18:43:11 | Citibank, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 5402645 | + | Email/Text: mrdiscen@discover.com | May 07 2021 18:44:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5402647 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 07 2021 18:44:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5402648 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 07 2021 18:43:35 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5402650 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 18:43:36 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5402649 | + | Email/Text: Documentfiling@lciinc.com | May 07 2021 18:44:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 5402652 | + | Email/Text: bankruptcydpt@mcmcg.com | May 07 2021 18:44:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 5403435 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 07 2021 18:45:26 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5402654 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 07 2021 18:45:26 | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 5402655 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 07 2021 18:45:26 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 5403611 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 07 2021 18:44:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5402658 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 18:43:22 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5402659 | | Email/Text: bnc-quantum@quantum3group.com | May 07 2021 18:44:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5402683 | + | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 18:43:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402665 | + | Email/Text: bncmail@w-legal.com | May 07 2021 18:44:00 | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5402664 | | Usaa Fed Svng/nationst |
| 5404194 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2021       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Robert Schnars ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Schnars,      Chapter     13

    **Debtor 1**

Case No.     4:21−bk−00802−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: June 14, 2021 <br> Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
197 S Main St, Wilkes−Barre, PA 18701 OR
228 Walnut St,Rm320,Harrisburg, PA 17101
570−831−2500/717−901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

For the Court:
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: PatriciaRatchford, Deputy Clerk

Date: May 7, 2021

ntnew341 (04/18)