IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 4:21-bk-00802 |
| | : | |
| **Robert Schnars,** | : | Chapter 13 |
| Debtor | : | |
| | : | |
| **Robert Schnars,** | : | |
| Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Robert Schnars,** hereby state as follows:

1. I am self-employed.

2. I operate a farm & horse boarding facility and my business income is going to increase to $10,400.00 per month.

3. I have rental properties and receive rent of $1,800.00 per month.

4. I am in the process of filing my 2019 & 2020 tax returns.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>May 24, 2021</u>　　　　　　　　　　　　　　/s/ **Robert Schnars**
　　　　　　　　　　　　　　　　　　　　　　　　　　Robert Schnars
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor