In re:                                                Case No. 21-00802-HWV

Robert Schnars                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                                     User: AutoDocke                                  Page 1 of 4

Date Rcvd: Jun 15, 2021                               Form ID: ntcnfhrg                               Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Schnars, 1345 Tallman Hollow Road, Montoursville, PA 17754-8591 |
| 5408641 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5402638 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5402639 | + | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 5415089 | + | Courtney Androcki, 2809 Shelly Drive, High Ridge, MO 63049-2018 |
| 5402644 | + | Courtney Hunter c/o Grant M Kelley, Family Support Division, 11 S Water St, Liberty, MO 64068-2370 |
| 5402646 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5412000 | + | HSBC, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 5412008 | + | Lycoming County Tax Claim Bureau, 48 West Third Street, Williamsport, PA 17701-6519 |
| 5412009 | + | Lycoming DRS, 48 West Third Street, 3rd Floor, Williamsport, PA 17701-6519 |
| 5402651 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5415090 | + | Melissa Schnars, 179 Beagle Club Road, Lewisburg, PA 17837-6632 |
| 5402653 | + | Murphy, Butterfield, & Holland, P.C., 442 William Street, Williamsport, PA 17701-6118 |
| 5402656 | + | Northumberland Co Drs, 370 Market St, Sunbury, PA 17801-3404 |
| 5402657 | + | Penn Credit Corporatio, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 5402660 | + | Robertson, Anschutz, Schneid, PL, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 5402661 | + | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 5402662 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5405200 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 5408895 | + | USAA FEDERAL SAVINGS BANK, c/o Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5407274 | + | USAA Federal Savings Bank, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5402663 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 5412024 | | Usaa Fed Svng/nationst, 8950 Cypress Waters Suite B, San Antonio, TX 78265 |
| 5412025 | | Usaa Federal Savings, PO Box 47504, San Antonio, TX 78265 |
| 5402666 | + | Woodlands Bank, 2450 E 3rd St, Williamsport, PA 17701-4082 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2021 19:07:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5411987 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 15 2021 18:51:00 | Absolute Resolutions, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 5402636 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 15 2021 18:51:00 | Absolute Resolutions I, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 5405686 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 15 2021 18:51:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5402637 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 15 2021 19:07:32 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5402640 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 19:07:51 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 57117-6497 |
| 5402641 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2021 18:51:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 5402642 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2021 18:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5411995 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 19:07:32 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 5402643 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 19:07:50 | Citibank, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 5409382 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 19:07:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5411996 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2021 18:51:00 | Comenity Bank-Bankruptcy Dept., Po Box 183043, Columbus, OH 43218-3043 |
| 5402645 | + | Email/Text: mrdiscen@discover.com | Jun 15 2021 18:51:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5412003 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2021 18:51:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5402647 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 15 2021 18:51:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 5402648 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 15 2021 19:07:40 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5402650 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2021 19:07:31 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5414073 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2021 19:07:31 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5402649 | + | Email/Text: Documentfiling@lciinc.com | Jun 15 2021 18:51:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 5402652 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2021 18:51:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 5403435 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 15 2021 18:52:20 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5402654 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 15 2021 18:52:20 | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 5402655 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 15 2021 18:52:19 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 5403611 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2021 18:51:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5414249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 19:07:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5402658 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 19:07:27 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5412589 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 15 2021 18:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5402659 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2021 18:51:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5413942 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2021 18:51:00 | Quantum3 Group LLC as agent for, JHPDE SPV II LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5413941 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2021 18:51:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 5412021 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 19:07:38 | SYNCB, PO BOX 965015, Orlando, FL 32896-5015 |
| 5402683 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 19:07:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402665 | + | Email/Text: bncmail@w-legal.com | Jun 15 2021 18:51:00 | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5402664 | | Usaa Fed Svng/nationst |
| 5411988 | * | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5411989 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5411990 | *+ | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 5411991 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5411992 | *+ | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 5411993 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5411994 | *+ | Citibank, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 5411997 | *+ | Courtney Hunter c/o Grant M Kelley, Family Support Division, 11 S Water St, Liberty, MO 64068-2370 |
| 5411998 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5411999 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5412002 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 5412001 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 5412004 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 5412005 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5412007 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5412006 | *+ | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 5412010 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5412011 | *+ | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 5404194 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5412012 | *+ | Murphy, Butterfield, & Holland, P.C, 442 William Street, Williamsport, PA 17701-6118 |
| 5412013 | *+ | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 5412014 | *+ | Northumberland Co Drs, 370 Market St, Sunbury, PA 17801-3404 |
| 5412015 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5412016 | *+ | Penn Credit Corporatio, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 5412017 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5412018 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5412019 | *+ | Robertson, Anschutz, Schneid, PL, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 5412020 | *+ | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 5412022 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5412023 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 5412026 | *+ | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 5412027 | *+ | Woodlands Bank, 2450 E 3rd St, Williamsport, PA 17701-4082 |

TOTAL: 1 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Robert Schnars ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Schnars,  Chapter 13

**Debtor 1**

Case No. 4:21−bk−00802−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 16, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be conducted remotely, see the Remote Appearance Guide, on the web site www.pamb.uscourts.gov | Date: July 23, 2021  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes−Barre, PA 18701 OR 228 Walnut St,Rm320,Harrisburg, PA 17101 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 15, 2021 |

ntcnfhrg (05/21)