In re:                                             Case No. 21-00802-HWV

Robert Schnars                           Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                      User: AutoDocke                      Page 1 of 4

Date Rcvd: Jun 15, 2021                 Form ID: pdf002                      Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Schnars, 1345 Tallman Hollow Road, Montoursville, PA 17754-8591 |
| 5408641 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5402638 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5402639 | + | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 5415089 | + | Courtney Androcki, 2809 Shelly Drive, High Ridge, MO 63049-2018 |
| 5402644 | + | Courtney Hunter c/o Grant M Kelley, Family Support Division, 11 S Water St, Liberty, MO 64068-2370 |
| 5402646 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5412000 | + | HSBC, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 5412008 | + | Lycoming County Tax Claim Bureau, 48 West Third Street, Williamsport, PA 17701-6519 |
| 5412009 | + | Lycoming DRS, 48 West Third Street, 3rd Floor, Williamsport, PA 17701-6519 |
| 5402651 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5415090 | + | Melissa Schnars, 179 Beagle Club Road, Lewisburg, PA 17837-6632 |
| 5402653 | + | Murphy, Butterfield, & Holland, P.C, 442 William Street, Williamsport, PA 17701-6118 |
| 5402656 | + | Northumberland Co Drs, 370 Market St, Sunbury, PA 17801-3404 |
| 5402657 | + | Penn Credit Corporatio, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 5402660 | + | Robertson, Anschutz, Schneid, PL, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 5402661 | + | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 5402662 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5405200 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 5408895 | + | USAA FEDERAL SAVINGS BANK, c/o Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5407274 | + | USAA Federal Savings Bank, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5402663 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 5412024 | | Usaa Fed Svng/nationst, 8950 Cypress Waters Suite B, San Antonio, TX 78265 |
| 5412025 | | Usaa Federal Savings, PO Box 47504, San Antonio, TX 78265 |
| 5402666 | + | Woodlands Bank, 2450 E 3rd St, Williamsport, PA 17701-4082 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2021 19:07:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5411987 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 15 2021 18:51:00 | Absolute Resolutions, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 5402636 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 15 2021 18:51:00 | Absolute Resolutions I, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 5405686 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 15 2021 18:51:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5402637 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 15 2021 19:07:32 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5402640 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 19:07:50 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 57117-6497 |
| 5402641 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2021 18:51:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 5402642 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2021 18:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5411995 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 19:07:49 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 5402643 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 19:07:29 | Citibank, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 5409382 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 19:07:51 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5411996 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2021 18:51:00 | Comenity Bank-Bankruptcy Dept., Po Box 183043, Columbus, OH 43218-3043 |
| 5402645 | + | Email/Text: mrdiscen@discover.com | Jun 15 2021 18:51:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5412003 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2021 18:51:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5402647 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 15 2021 18:51:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 5402648 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 15 2021 19:07:40 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5402650 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2021 19:07:50 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5414073 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2021 19:07:31 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5402649 | + | Email/Text: Documentfiling@lciinc.com | Jun 15 2021 18:51:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 5402652 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2021 18:51:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 5403435 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 15 2021 18:52:20 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5402654 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 15 2021 18:52:37 | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 5402655 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 15 2021 18:52:20 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 5403611 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2021 18:51:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5414249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 19:07:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5402658 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 19:07:45 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5412589 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 15 2021 18:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5402659 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2021 18:51:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5413942 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2021 18:51:00 | Quantum3 Group LLC as agent for, JHPDE SPV II LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5413941 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2021 18:51:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA |

| Recip ID | Bypass Reason | Email/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 5412021 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 19:07:21 | SYNCB, PO BOX 965015, Orlando, FL 32896-5015 |
| 5402683 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 19:07:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402665 | + | Email/Text: bncmail@w-legal.com | Jun 15 2021 18:51:00 | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5402664 | | Usaa Fed Svng/nationst |
| 5411988 | * | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5411989 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5411990 | *+ | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 5411991 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5411992 | *+ | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 5411993 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5411994 | *+ | Citibank, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 5411997 | *+ | Courtney Hunter c/o Grant M Kelley, Family Support Division, 11 S Water St, Liberty, MO 64068-2370 |
| 5411998 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5411999 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5412002 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 5412001 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 5412004 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 5412005 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5412007 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5412006 | *+ | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 5412010 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5412011 | *+ | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 5404194 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5412012 | *+ | Murphy, Butterfield, & Holland, P.C, 442 William Street, Williamsport, PA 17701-6118 |
| 5412013 | *+ | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 5412014 | *+ | Northumberland Co Drs, 370 Market St, Sunbury, PA 17801-3404 |
| 5412015 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5412016 | *+ | Penn Credit Corporatio, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 5412017 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5412018 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5412019 | *+ | Robertson, Anschutz, Schneid, PL, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 5412020 | *+ | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 5412022 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5412023 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 5412026 | *+ | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 5412027 | *+ | Woodlands Bank, 2450 E 3rd St, Williamsport, PA 17701-4082 |

TOTAL: 1 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021　　　　　　　　　　Signature:　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Robert Schnars ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

<u>**LOCAL BANKRUPTCY FORM 3015-1**</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| IN RE: | CHAPTER 13 |
|---|---|
| **Robert Schnars** | CASE NO. 4:21-bk-00802 |

☑ ORIGINAL PLAN
☐ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☑ Number of Motions to Value Collateral

<u>**CHAPTER 13 PLAN**</u>

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

1. The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania.  ☐ Included  ☑ Not Included

2. The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor.  ☑ Included  ☐ Not Included

3. The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G.  ☐ Included  ☑ Not Included

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid $__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**210,000.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 1 | 60 | 3,500.00 | 0.00 | 3,500.00 | 210,000.00 |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   | Total Payments: | $210,000.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ☐ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

☑ Debtor is over median income. Debtor estimates that a minimum of $**0.00** must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**62,349.17**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

☑ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:
   _____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:
   _____

2. **SECURED CLAIMS.**

   A. **Pre-Confirmation Distributions.** *Check one.*

   ☑ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

   B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

   ☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

   ☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| **Usaa Fed Svng/nationst** | 1435 Scott Street Williamsport, PA 17701 Lycoming County<br>Rental Property | 5700 |
| **Woodlands Bank** | 1345 Tallman Hollow Road Montoursville, PA 17754 Lycoming County<br>Residence: 40-Acre Farm / Horse Boarding Facility<br>**jointly owned with fiancée | 6134 |
| **Woodlands Bank** | 1431 & 1433 Scott Street Williamsport, PA 17701 Lycoming County<br>Rental Property | 2166 |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Usaa Fed Svng/nationst | 1435 Scott Street Williamsport, PA 17701 Lycoming County Rental Property | $17,786.40 | $0.00 | $17,786.40 |
| Woodlands Bank | 1431 & 1433 Scott Street Williamsport, PA 17701 Lycoming County Rental Property | $3,000.00 | $0.00 | $3,000.00 |
| Woodlands Bank | 1345 Tallman Hollow Road Montoursville, PA 17754 Lycoming County Residence: 40-Acre Farm / Horse Boarding Facility **jointly owned with fiancée | $96,000.00 | $0.00 | $96,000.00 |

    **D.** **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
        ☑ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

    **E.** **Secured claims for which a § 506 valuation is applicable.** *Check one.*

        ☐ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

        ☑ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Mariner Finance | 2006 Ford Mustang 125,000 miles Location: 1345 Tallman Hollow Road, Montoursville PA 17754 | $1,949.00 | 4% | $2,153.40 | Plan |
| Usaa Federal Savings | 2005 Ford F350 - SRW 115,000 miles Location: 1345 Tallman Hollow Road, Montoursville PA 17754 | $3,155.00 | 4% | $3,486.00 | Plan |

    **F.** **Surrender of Collateral.** *Check one.*

        ☑ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

    **G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

        ☑ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.**     **PRIORITY CLAIMS.**

A. **Administrative Claims**

   1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney's fees.</u> Complete only one of the following options:

   a. In addition to the retainer of $ **1,200.00** already paid by the Debtor, the amount of $ **2,800.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
   *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

B. **Priority Claims (including, certain Domestic Support Obligations)**

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Courtney Hunter c/o Grant M Kelley | $0.00 |
| Melisssa Schnars | $0.00 |
| PA Department of Revenue | $1,255.18 |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
   *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ☑ plan confirmation.
   ☐ entry of discharge.
   ☐ closing of case.

**7. DISCHARGE: (Check one)**

☑ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

| | |
|---|---|
| Dated: **May 25, 2021** | **/s/ Paul W. McElrath, Jr.** |
| | **Paul W. McElrath, Jr.** |
| | Attorney for Debtor |
| | |
| | **/s/ Robert Schnars** |
| | **Robert Schnars** |
| | Debtor |

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.