# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     ROBERT SCHNARS
                Debtor(s)
         JACK N. ZAHAROPOULOS            CHAPTER 13
         CHAPTER 13 TRUSTEE
                Movant
         vs.                                                  CASE NO: 4-21-00802-MJC
         ROBERT SCHNARS
                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 10, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on May 25, 2021.

2. A hearing was held and an Order was entered on July 23, 2021 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                        Respectfully submitted,

                                                        s/   Agatha R. McHale, Esq.
                                                        Id:   47613
                                                        Attorney for Trustee
                                                        Jack N. Zaharopoulos
                                                        Standing Chapter 13 Trustee
                                                        Ste. A, 8125 Adams Drive
                                                        Hummelstown, PA   17036
                                                        Ph.   717-566-6097
                                                        Fax. 717-566-8313
                                                        eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: ROBERT SCHNARS

            Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant

CASE NO: 4-21-00802-MJC

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| This hearing will be held remotely using free Zoom Video Conference software. | Date: October 26, 2021 |
| | Time: 10:00 AM |
| THERE WILL BE NO IN COURT APPEARANCE FOR THIS HEARING. | |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com

Dated: September 10, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT SCHNARS

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

    Movant

ROBERT SCHNARS

    Respondent(s)

CHAPTER 13

CASE NO: 4-21-00802-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 10, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PAUL W McELRATH, JR, ESQUIRE<br>McELRATH LEGAL HOLDINGS, LLC<br>1641 SAW MILL RUN BLVD<br>PITTSBURGH, PA   15210- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| ROBERT SCHNARS<br>1345 TALLMAN HOLLOW ROAD<br>MONTOURSVILLE, PA   17754 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   September 10, 2021

Respectfully,
Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: info@pamd13trustee.com

IN RE:   ROBERT SCHNARS

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS  <br>CHAPTER 13 TRUSTEE  <br>Movant  <br>ROBERT SCHNARS | CASE NO: 4-21-00802-MJC |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.   The Court retains jurisdiction to rule on any timely filed fee application.