United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00802-MJC
Robert Schnars  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 4
Date Rcvd: Jul 28, 2022      Form ID: ordsmiss      Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Schnars, 1345 Tallman Hollow Road, Montoursville, PA 17754-8591 |
| 5402639 | + | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 5415089 | + | Courtney Androcki, 2809 Shelly Drive, High Ridge, MO 63049-2018 |
| 5402644 | + | Courtney Hunter c/o Grant M Kelley, Family Support Division, 11 S Water St, Liberty, MO 64068-2370 |
| 5412008 | + | Lycoming County Tax Claim Bureau, 48 West Third Street, Williamsport, PA 17701-6519 |
| 5412009 | + | Lycoming DRS, 48 West Third Street, 3rd Floor, Williamsport, PA 17701-6519 |
| 5415090 | + | Melissa Schnars, 179 Beagle Club Road, Lewisburg, PA 17837-6632 |
| 5402653 | #+ | Murphy, Butterfield, & Holland, P.C, 442 William Street, Williamsport, PA 17701-6118 |
| 5402656 | + | Northumberland Co Drs, 370 Market St, Sunbury, PA 17801-3404 |
| 5412024 | | Usaa Fed Svng/nationst, 8950 Cypress Waters Suite B, San Antonio, TX 78265 |
| 5402666 | + | Woodlands Bank, 2450 E 3rd St, Williamsport, PA 17701-4082 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 28 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5411987 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 28 2022 18:38:00 | Absolute Resolutions, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 5402636 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 28 2022 18:38:00 | Absolute Resolutions I, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 5405686 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 28 2022 18:38:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5408641 | | Email/PDF: bncnotices@becket-lee.com | Jul 28 2022 18:40:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5402637 | | EDI: AIS.COM | Jul 28 2022 22:43:00 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5402638 | + | Email/PDF: bncnotices@becket-lee.com | Jul 28 2022 18:40:21 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5402640 | + | EDI: CITICORP.COM | Jul 28 2022 22:43:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5402641 | + | Email/Text: bankruptcy@cavps.com | Jul 28 2022 18:38:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 5402642 | + | Email/Text: bankruptcy@cavps.com | Jul 28 2022 18:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5411995 | + | EDI: CITICORP.COM | Jul 28 2022 22:43:00 | Citibank, 701 East 60th Street N, Sioux Falls, SD |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 57104-0432 |
| 5402643 | + EDI: CITICORP.COM | Jul 28 2022 22:43:00 | Citibank, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 5409382 | EDI: CITICORP.COM | Jul 28 2022 22:43:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5411996 | + EDI: WFNNB.COM | Jul 28 2022 22:43:00 | Comenity Bank-Bankruptcy Dept., Po Box 183043, Columbus, OH 43218-3043 |
| 5402645 | + EDI: DISCOVER.COM | Jul 28 2022 22:43:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5402646 | + EDI: AMINFOFP.COM | Jul 28 2022 22:43:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5412000 | + EDI: HFC.COM | Jul 28 2022 22:43:00 | HSBC, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 5412003 | + EDI: IRS.COM | Jul 28 2022 22:43:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5402647 | EDI: JEFFERSONCAP.COM | Jul 28 2022 22:43:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 5402648 | EDI: JPMORGANCHASE | Jul 28 2022 22:43:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5402650 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2022 18:40:11 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5414073 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2022 18:40:17 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5402649 | + EDI: LENDNGCLUB | Jul 28 2022 22:43:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2802 |
| 5402651 | + Email/Text: bankruptcy@marinerfinance.com | Jul 28 2022 18:38:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5402652 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2022 18:38:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 5403435 | + EDI: NFCU.COM | Jul 28 2022 22:43:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5402654 | + EDI: NFCU.COM | Jul 28 2022 22:43:00 | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 5402655 | + EDI: NFCU.COM | Jul 28 2022 22:43:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 5403611 | + EDI: PENNDEPTREV | Jul 28 2022 22:43:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5403611 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2022 18:38:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5414249 | EDI: PRA.COM | Jul 28 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5402657 | + Email/Text: bankruptcies@penncredit.com | Jul 28 2022 18:38:00 | Penn Credit Corporatio, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 5402658 | + EDI: PRA.COM | Jul 28 2022 22:43:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5412589 | + EDI: JEFFERSONCAP.COM | Jul 28 2022 22:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5402659 | EDI: Q3G.COM | Jul 28 2022 22:43:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5413942 | EDI: Q3G.COM | | |

| Recip ID | Bypass/Method | | Date/Time | Name and Address |
|---|---|---|---|---|
| 5413941 | | EDI: Q3G.COM | Jul 28 2022 22:43:00 | Quantum3 Group LLC as agent for, JHPDE SPV II LLC, PO Box 788, Kirkland, WA 98083-0788 |
| | | | Jul 28 2022 22:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5402660 | + | Email/Text: RASEBN@raslg.com | Jul 28 2022 18:38:00 | Robertson, Anschutz, Schneid, PL, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 5412021 | + | EDI: RMSC.COM | Jul 28 2022 22:43:00 | SYNCB, PO BOX 965015, Orlando, FL 32896-5015 |
| 5402661 | + | EDI: SALLIEMAEBANK.COM | Jul 28 2022 22:43:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 5402683 | + | EDI: RMSC.COM | Jul 28 2022 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402662 | + | EDI: WTRRNBANK.COM | Jul 28 2022 22:43:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5405200 | | EDI: WFFC.COM | Jul 28 2022 22:43:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 5408895 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 28 2022 18:38:00 | USAA FEDERAL SAVINGS BANK, c/o Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5407274 | + | Email/Text: RASEBN@raslg.com | Jul 28 2022 18:38:00 | USAA Federal Savings Bank, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5402663 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jul 28 2022 18:38:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 5412025 | | EDI: USAA.COM | Jul 28 2022 22:43:00 | Usaa Federal Savings, PO Box 47504, San Antonio, TX 78265 |
| 5402665 | + | Email/Text: bncmail@w-legal.com | Jul 28 2022 18:38:00 | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5402664 | | Usaa Fed Svng/nationst |
| 5411988 | * | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5411989 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5411990 | *+ | Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 5411991 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5411992 | *+ | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 5411993 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5411994 | *+ | Citibank, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 5411997 | *+ | Courtney Hunter c/o Grant M Kelley, Family Support Division, 11 S Water St, Liberty, MO 64068-2370 |
| 5411998 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5411999 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5412002 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 5412001 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 5412004 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 5412005 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5412007 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5412006 | *+ | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2802 |
| 5412010 | *+ | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5412011 | *+ | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |

| | | |
|---|---|---|
| 5404194 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5412012 | *+ | Murphy, Butterfield, & Holland, P.C, 442 William Street, Williamsport, PA 17701-6118 |
| 5412013 | *+ | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 5412014 | *+ | Northumberland Co Drs, 370 Market St, Sunbury, PA 17801-3404 |
| 5412015 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5412016 | *+ | Penn Credit Corporatio, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 5412017 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5412018 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5412019 | *+ | Robertson, Anschutz, Schneid, PL, 6409 Congress Ave, Ste 100, Boca Raton, FL 33487-2853 |
| 5412020 | *+ | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 5412022 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5412023 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 5412026 | *+ | Weinstein & Riley, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 5412027 | *+ | Woodlands Bank, 2450 E 3rd St, Williamsport, PA 17701-4082 |

TOTAL: 1 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Robert Schnars ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Schnars,             Chapter     13

    **Debtor 1**

               Case No.     4:21−bk−00802−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: July 28, 2022

ordsmiss (05/18)